IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Search Warrant No. 16-1061-M                    :        Misc. No.        16-1061-M
to Google                                             :

## ORDER

**AND NOW**, this 3rd day of February, 2017, it is hereby

## ORDERED

that

1.    The case title for the above-referenced action shall be amended and hereafter

      referred to as  "In re Search Warrant No. 16-1061-M to Google"; and

2.    Defendant(1) currently listed on the court's docket hereafter shall be referred to as

      "Defendant(1) in In re Search Warrant No. 16-1061-M to Google".


BY THE COURT:


THOMAS J. RUETER
United States Magistrate Judge