IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Search Warrant No. 16-960-M-1 to Google | : | Magistrate No. 16-960-M-1 |
| | : | |
| In re Search Warrant No. 16-1061-M to Google | : | Magistrate No. 16-1061-M |
| | : | |

## ORDER

IT IS HEREBY ORDERED THAT Google Inc.'s Unopposed Motion for Extension of Time is GRANTED. Google shall have until September 7, 2017, to comply with the requirements set forth in this Court's August 17, 2017 Order.

**SO ORDERED.**

Date: August 31, 2017

_____
JUAN R. SANCHEZ
U.S. District Judge